```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

KEVIN CASH, REGINA CASH,         )
ALFRED CASH III, and DOUG CASH   )
                                 )
         Plaintiff,              )
                                 )
vs.                              )        No. 05-2917BV
                                 )
NADA RETIREMENT ADMINISTRATORS,  )
INC., d/b/a/ NADART,             )
                                 )
         Defendant.              )
_____

             ORDER DENYING MOTION TO RECONSIDER
          AND MOTION FOR APPOINTMENT OF COUNSEL
_____

Before the court is the June 7, 2006 letter response of the plaintiffs to the motion to withdraw filed by their attorney, Kenneth Margolis. In the June 7, 2006 letter response, the plaintiffs ask the court to reverse its order of May 17, 2006 which allowed Margolis to withdraw. In addition, the plaintiffs ask the court to appoint legal counsel for them and also ask that Margolis return certain monies to them.

The court will treat the letter as a motion to reconsider and motion for appointment of counsel. After considering the writings submitted by the plaintiffs, the court denies the motions. Margolis has stated a proper basis to withdraw. The plaintiffs have not stated a proper basis for denying his petition to withdraw or for the court to reconsider its order allowing him to withdraw.

1

At best, the writings submitted by the plaintiff exhibit dissatisfaction with the legal services rendered by Margolis. The plaintiffs may pursue their complaints through other avenues such as the Tennessee Board of Responsibility or the Memphis Bar Association Fee Dispute Panel.

The plaintiffs' request for appointment of counsel is also denied. The plaintiffs have not demonstrated that they are unable to afford counsel or retain new counsel.

IT IS SO ORDERED this 9th day of June, 2006.

                                       s/ Diane K. Vescovo
                                      DIANE K. VESCOVO
                                      UNITED STATES MAGISTRATE JUDGE